1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

SOUTHERN DISTRICT OF CALIFORNIA

11

12   SHASTA UHLER,

13                                    Plaintiff,

14   v.

15   DOREL HOME FURNISHINGS, INC.
16   and AMAZON.COM SERVICES LLC,

17                                   Defendant.

Case No.:  3:23-cv-00467-MMA-AHG

**ORDER GRANTING
JOINT MOTION REGARDING
ATTENDANCE AT EARLY
NEUTRAL EVALUATION
CONFERENCE**

**[ECF No. 10]**

18          Before the Court is the parties' joint motion to excuse the appearance of Amazon's
19   representative with full settlement authority from the upcoming April 11, 2023, Early
20   Neutral Evaluation Conference ("ENE"). ECF No. 10; *see* ECF No. 5 at 2 (requiring that
21   a "party representative with full and complete authority to enter into a binding settlement
22   must be present" at the ENE).

23          The parties represent that Defendant Dorel Home Furnishings ("Dorel") has agreed
24   to defend and indemnify Defendant Amazon.com Services ("Amazon") in this case. ECF
25   No. 10 at 2. Thus, the parties request permission for Amazon's national counsel and a
26   "party representative for Dorel with full settlement authority in this matter on behalf of
27   [both] Defendants" to appear at the ENE. *Id*. The Court finds good cause to **GRANT** the
28   motion and orders as follows:

1.      Amazon's party representative is excused from the April 11, 2023, ENE.

2.      Plaintiff, Plaintiff's counsel, Defendants' counsel, Amazon's national counsel, and Dorel's party representative with full settlement authority, with knowledge about the facts and legal theories of the case, are required to appear at the April 11, 2023, ENE.

3.      All other procedures, requirements, and deadlines set forth in the order setting the ENE (*see* ECF No. 5) **remain in place**, except as explicitly modified by this Order.

**IT IS SO ORDERED.**

Dated:  April 5, 2023

_____

Honorable Allison H. Goddard
United States Magistrate Judge